ATTORNEY GRIEVANCE COMMISSION   *

OF MARYLAND

      Petitioner

v.

STEVEN EDWARD MIRSKY

      Respondent.

    *

    *

    *

    *

    *

IN THE

COURT OF APPEALS

OF MARYLAND

Misc. Docket AG No. __93__

September Term, 2016

## ORDER

This matter came before the Court on the Joint Petition of the Attorney Grievance Commission of Maryland and Respondent, Steven Edward Mirsky, to indefinitely suspend the Respondent from the practice of law with the right to reapply for admission no sooner than ninety (90) days. The Court having considered the Petition, it is this __22nd__ day of __February__, 2017;

ORDERED, that, thirty (30) days from the date of this Order, Respondent, Steven Edward Mirsky, be indefinitely suspended from the practice of law in the State of Maryland for violating Rules 1.15(a) and (b) and 8.4(a) and (d) of the Maryland Lawyers' Rules of Professional Conduct, as then-enumerated; and Maryland Rules 16-606.1, 16-607 and 16-609 as then-enumerated, and it is further

ORDERED, that, thirty (30) days from the date of this Order, the Clerk of this Court shall remove the name of Steven Edward Mirsky from the register of attorneys in the Court and certify that fact to the Client Protection Fund of the Bar of Maryland and all Clerks of all judicial tribunals in this State in accordance with Maryland Rule 19-736(d).

/s/ Clayton Greene Jr.
_____
Senior Judge